IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DANIEL FAIRMAN CASE and <br> IVY ELLEN CASE, <br> Plaintiffs, <br><br> v. <br><br> AMERICAN STANDARD, INC. et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) No. 2:11-cv-4164-NKL <br> ) <br> ) <br> ) <br> ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY ORDERED, pursuant to stipulation [Doc. 91], that the above-styled cause of action is dismissed with prejudice as to BorgWarner Morse TEC LLC, as successor-by-merger to Borg-Warner Corporation only, each party to bear its own costs.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: April 29, 2015
Jefferson City, Missouri